UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:22-CR-293-SDJ |
| | § | |
| TAURUS TAFFORESTA BROWN | § | |

## MEMORANDUM OPINION AND ORDER

On February 1, 2024, Defendant Taurus Brown filed a Notice of Appeal, (Dkt. #35), and a Motion for Leave to Appeal in Forma Pauperis, (Dkt. #36). On October 28, 2024, the Fifth Circuit issued an order stating that the appeal was dismissed as frivolous. (Dkt. #41). Therefore, Brown's Motion for Leave to Appeal in Forma Pauperis, (Dkt. #36), is **DENIED as moot**.

**So ORDERED and SIGNED this 19th day of December, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE